*State, Respondent, v. Roberts, Petitioner,* No. 74010-1. Petition for review of a decision of the Court of Appeals, No. 43741-1-I, February 18, 2003, 115 Wn. App. 650. *Denied* December 2, 2003.

*State, Respondent, v. Ramseyer, Petitioner,* No. 74011-9. Petition for review of a decision of the Court of Appeals, No. 27621-6-II, March 18, 2003, 116 Wn. App. 1017. *Denied* December 2, 2003.

*State, Petitioner, v. Trump, Respondent,* No. 74012-7. Petition for review of a decision of the Court of Appeals, No. 21166-5-III, April 17, 2003, 116 Wn. App. 1042. *Denied* December 2, 2003.

*State, Respondent, v. Depoe, Petitioner,* No. 74015-1. Petition for review of a decision of the Court of Appeals, No. 28361-1-II, April 29, 2003, 116 Wn. App. 1055. *Denied* December 2, 2003.

*Richardson, Petitioner, v. Chong Sik Kim, et al., Respondents,* No. 74016-0. Petition for review of a decision of the Court of Appeals, No. 49783-9-I, March 10, 2003, 116 Wn. App. 1008. *Denied* December 2, 2003.

*Currin, et al., Plaintiffs, Owen, et al., Respondents, v. Raff, et al., Petitioners,* No. 74017-8. Petition for review of a decision of the Court of Appeals, No. 50557-2-I, April 21, 2003, 116 Wn. App. 1044. *Denied* December 2, 2003.

*Manteufel, Petitioner, v. Safeco Ins. Co., et al., Respondents,* No. 74018-6. Petition for review of a decision of the Court of Appeals, No. 28653-0-II, April 23, 2003, 117 Wn. App. 168. *Denied* December 2, 2003.

*State, Respondent, v. Johnson, Petitioner,* No. 74019-4. Petition for review of a decision of the Court of Appeals, No. 43625-2-I, May 12, 2003, 116 Wn. App. 851. *Denied* December 2, 2003.